UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRONS MUTUAL INSURANCE,
        Plaintiff,

v.                                                  CIVIL ACTION NO. 11-10437-MBB

PINETTE ELECTRIC,
        Defendant,

ORDER OF DISMISSAL

July 23, 2012

BOWLER, U.S.M.J.

    The court having been advised by the parties that the above-entitled action has been settled:

    It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs.

Upon good cause shown, any party may move to reopen the action within sixty (60) days if settlement is not consummated.

                                                /s/ Marianne B. Bowler
                                                MARIANNE B. BOWLER
                                                United States Magistrate Judge